IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BEN VICKS, JR., | : |
| Plaintiff. | : |
| VS. | : |
| Detective TIM WITKINS, *et al.*, | : |
| Defendants. | : NO. 7:13-CV-146 (HL) |
| | : **O R D E R** |

Plaintiff **BEN VICKS, JR.**, an inmate at the Thomas County Jail, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. This Court has twice directed Plaintiff to submit a certified copy of his trust fund account statement (or institutional equivalent) and informed Plaintiff each time that his failure to do so would result in dismissal of this action (Docs. 5 & 6). Plaintiff has yet to provide the Court with the required statement. Accordingly, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 6th day of January, 2014.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr

1